**DISMISS and Opinion Filed September 30, 2024**



In The

### Court of Appeals
### Fifth District of Texas at Dallas

_____

### No. 05-23-01253-CV

_____

### VICTOR RODRIGUEZ, Appellant
### V.
### RITA MARTINEZ, Appellee

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-23-05227-C**

## MEMORANDUM OPINION

Before Justices Reichek, Nowell, and Carlyle
Opinion by Justice Reichek

Noting appellant has failed to file his brief despite being cautioned the failure to do so by August 15, 2024 could result in dismissal of the appeal, appellee has filed a motion to dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1). More than ten days have passed since the filing of the motion, and appellant has not responded to the motion or otherwise communicated with the Court. Accordingly, we grant the motion and dismiss the appeal. *See id.*

/Amanda L. Reichek/

AMANDA L. REICHEK
JUSTICE

231253f.p05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

VICTOR RODRIGUEZ, Appellant

No. 05-23-01253-CV        V.

RITA MARTINEZ, Appellee

On Appeal from the County Court at Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-23-05227-C.

Opinion delivered by Justice Reichek, Justices Nowell and Carlyle participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered September 30, 2024